UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BIANCA ESCANDELL,

        Plaintiff,

v.   Case No. _____

COSTCO WHOLESALE CORPORATION,

        Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant COSTCO WHOLESALE CORPORATION, by and through its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal with respect to the above-captioned case, which was filed and currently is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, Case No. 2019-009776-CA 01. In support of its Notice of Removal, Defendant states as follows:

### BACKGROUND

1. On or around March 29, 2019, Plaintiff filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida, titled *Bianca Escandell v. Costco Wholesale Corporation*, Case No. 2019-009776-CA 01. Plaintiff alleges that Defendant interfered with her rights under the Family and Medical Leave Act ("FMLA") by refusing to transfer Plaintiff to a different position after she returned from leave.

2. On April 11, 2019, Plaintiff served Defendant with a Summons and a copy of the Complaint by personal service on its registered agent. Copies of the Summons, Plaintiff's Complaint, and all other process, pleadings and orders served on Defendant are attached as Exhibit A.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after Plaintiff's service of Summons and a copy of her Complaint on Defendant.

## FEDERAL QUESTION JURISDICTION

4. This action is removable under 28 U.S.C. § 1441 because it is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. The requirements of 28 U.S.C. § 1331 have been met because in the Complaint, Plaintiff alleges a violation of the FMLA.

5. Accordingly, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction, and therefore, is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

## VENUE AND ADMINISTRATIVE NOTICE

6. This action is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida and, therefore, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

7. Prompt written notice of this Notice of Removal is being sent to Plaintiff through her counsel and to the Clerk of Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, as required by 28 U.S.C. § 1446(d). A copy of the notice is attached as Exhibit B.

8. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support, and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for

any improper purpose, such as to harass, cause unnecessary delay, or needless increase in the cost of litigation.

          Respectfully submitted,

          COSTCO WHOLESALE CORPORATION

By: */s/ Salomon Laguerre*
    Salomon Laguerre
    Florida Bar No. 092470
    *slaguerre@seyfarth.com*
    **SEYFARTH SHAW LLP**
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

*Lead Counsel for Defendant*

Jay Thornton
Florida Bar No. 323070
*Jay.Thornton@gray-robinson.com*
**GRAY ROBINSON**
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
Facsimile: (954) 761-8112

*Local Counsel for Defendant*

Date: May 1, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BIANCA ESCANDELL,                    )
                                     )
        Plaintiff,                   )
                                     )    Case No. _____
v.                                   )
                                     )
COSTCO WHOLESALE CORPORATION,        )
                                     )
        Defendant.                   )
_____)

## CERTIFICATE OF SERVICE

I certify that on May 1, 2019, I served via e-mail and U.S. Mail the foregoing **DEFENDANT'S NOTICE OF REMOVAL** to the following attorneys of record:

>Anthony M. Georges-Pierre, Esq.
>agp@rgpattorneys.com
>Max L. Horowitz, Esq.
>mhorowitz@rgpattorneys.com
>REMER & GEORGES-PIERRE, PLLC
>COURTHOUSE TOWER
>44 West Flagler Street, Suite 2200
>Miami, FL 33130

>By: */s/ Salomon Laguerre*
>    Salomon Laguerre
>    Lead Counsel for Defendant

Jay

56415208v.1